```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
DIANA SURITA, on behalf of              : 07 Civ. 8461 (WHP) (JCF)
Nene E. Cifuentes,                      :
                                        :           O R D E R
                Plaintiff,              :
                                        :
     - against -                        :
                                        :
MICHAEL J. ASTRUE, Commissioner of      :
Social Security,                        :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

This case having been referred to the undersigned for a report and recommendation, and the complaint and answer having been filed, it is hereby ORDERED as follows:

1. Defendant shall file any motion for judgment on the pleadings or summary judgment no later than April 15, 2008.

2. Plaintiff shall file answering papers no later than May 15, 2008.

3. Defendant shall file reply papers, if any, no later than May 30, 2008.

4. If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 19, 2008

1

Copies mailed this date:

Diana Surita
1528 Leland Avenue #3C
Bronx, New York 10460

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007