USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

MEMO ENDORSED

May 15, 2008

Diana Surita
OBO: Nene Ernesto N. Cifuentes
1528 Leland Avenue #1A
Bronx, New York 10460
646-316-8347

07 Civ. 8461 (WHP)

Dear Judge James C. Frances,

    I am writing this letter in reference to my son Nene Ernesto N. Cifuentes case. I currently have Mr. Christopher Burrows reviewing my paper work in the hopes that he can assist me with my case. I was told by Mr. Burrows that today was my deadline to respond to a motion that was sent to me by your office. I have not received or do not recall receiving anything in the mail from your office in reference to the motion that Mr. Burrows is speaking of. I would like to request an extension for me to respond to your motion. I would also like to request a copy of the motion that Mr. Burrows is speaking of. My apartment number has changed recently. My new address is 1528 Leland Avenue #1A, Bx, New York 10460. I truly apologize for the inconvenience. My contact numbers are as follow: cell phone # 646-316-8347; home # 347-851-5898; work # 212-531-1300 ext: 442. Thank you in advance and I hope to hear from you.

Sincerely,

Diana Surita

5/19/08

Defendant's counsel shall send another copy of the motion papers to plaintiff's current address forthwith. Plaintiff shall answer the motion by June 27, 2008, and defendant shall reply by July 11, 2008.

SO ORDERED.

James C. Francis IV
USMJ