# STROOCK

**MEMO ENDORSED**

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/22/08

July 17, 2008

By Hand

Jennifer Arnett
Direct Dial  212-806-5871
Direct Fax  212-806-7871
jarnett@stroock.com

Hon. James C. Francis
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007

Re:    Surita v. Astrue, 07 Civ. 8461 (WHP) (JCF)

Dear Judge Francis:

We represent plaintiff, Diana Surita o/b/o her son Nene Cifuentes, in the above-captioned matter.  The purpose of this letter is to request an enlargement of time for the filing of Plaintiff's reply brief in support of her Motion for Judgment on the Pleadings, to July 30, 2008.  We received Defendant's brief on July 16, 2008, and seek two weeks to prepare our reply.  Counsel for Defendant has consented to this request.

Please let us know if we can provide you with any further information.

Respectfully submitted,

Jennifer Arnett

7/21/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc:    Leslie A. Ramierz-Fisher, Esq. (by mail)
       Christopher J. Bowes, Esq. (by mail)

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM